■ In the Matter of HELDMA GROUP, INC., Respondent, v BOARD OF ASSESSORS et al., Appellants. [713 NYS2d 489] —Appeal by the Board of Assessors and the Board of Assessment Review of the County of Nassau from an order of the Supreme Court, Nassau County (McCabe, J.), entered August 18, 1999.

Ordered that the order is affirmed, with costs, for reasons stated by Justice McCabe at the Supreme Court. Krausman, J. P., Goldstein, Feuerstein and Smith, JJ., concur.